# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FUNDING, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; et al.,<br><br>                      Defendants. | Case No.: 24-cv-01440-DMS-MMP<br><br>**ORDER FOR ENTRY OF FINAL JUDGMENT IN A CIVIL CASE** |

This matter came before the Court on the parties' Cross-Motions for Summary Judgment. (*See* ECF Nos. 41, 44, 47, 48.) Having reviewed briefs, motions, and supporting documents submitted by the parties, including the record of the case, and being fully advised, the Court decided the issues and issued an Order on February 27, 2026. (*See* ECF No. 50.) For the reasons stated in that Order, **IT IS HEREBY ORDERED AND ADJUDGED**:

That Plaintiff's Motion for Summary Judgment as to Counts 2 through 4 in Plaintiff's Complaint is **DENIED**; and

That Defendants' Motion for Summary Judgment on all counts in Plaintiff's Complaint (Counts 1 through 4) is **GRANTED.**

That this matter is **DISMISSED WITH PREJUDICE**; and Final Judgment is entered in favor of the Defendants.

The clerk shall close the case.

**IT IS SO ORDERED.**

Dated: March 5, 2026

_____
Hon. Dana M. Sabraw
United States District Judge