

Brian D. Huben, Cal. Bar No. 134354
hubenb@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Terence M. Grugan(*admitted pro hac vice*)
Kelly M. McGlynn (*admitted pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864-8320
Facsimile: 215.864.8999

*Counsel for Plaintiff*
*National Funding, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FUNDING, INC., | Case No. 24-cv-1440-DMS (MPP) |
| Plaintiff, | **APPELLANT'S REPRESENTATION STATEMENT** |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration; JANET YELLEN, in her official capacity as United States Secretary of Treasury; and THE UNITED STATES OF AMERICA, | |
| Defendants. | |

Attached is Appellant's Representation Statement.

DATED: May 7, 2026 **BALLARD SPAHR LLP**

*/s/ Brian D. Huben*
_____

Brian D. Huben

*Counsel for Plaintiff*
*National Funding, Inc.*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

National Funding, Inc.

Name(s) of counsel (if any):

Brian D. Huben

Address: 2029 Century Park East, Suite 1400, Los Angeles, CA 90067-2915

Telephone number(s): (424) 204-4400

Email(s): hubenb@ballardspahr.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States Small Business Administration

Name(s) of counsel (if any):

Adam Gordan, Stephen H. Wong

Address: 880 Front Street, Room 6293, San Diego, CA 92101-8893

Telephone number(s): (619) 546-7665

Email(s): glen.dorgan@usdoj.gov; stephen.wong@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

National Funding, Inc.

Name(s) of counsel (if any):

Terence M. Grugan, Kelly M. McGlynn

Address: 1735 Market Street, 51st Floor, Philadelphia, PA 19103

Telephone number(s): (215) 864-8206

Email(s): grugant@ballardspahr.com; mcglynnk@ballardspahr.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ⦿ No

## Appellees

Name(s) of party/parties:

Isabella Casillas Guzman, in her official capacity as Administrator of the Small Business Administration

Name(s) of counsel (if any):

Adam Gordan, Stephen H. Wong

Address: 880 Front Street, Room 6293, San Diego, CA 92101-8893

Telephone number(s): (619) 546-7665

Email(s): glen.dorgan@usdoj.gov; stephen.wong@usdoj.gov

Name(s) of party/parties:

Janet Yellen, in her official capacity as United States Secretary of Treasury

Name(s) of counsel (if any):

Adam Gordan, Stephen H. Wong

Address: 880 Front Street, Room 6293, San Diego, CA 92101-8893

Telephone number(s): (619) 546-7665

Email(s): glen.dorgan@usdoj.gov; stephen.wong@usdoj.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

The United States of America

Name(s) of counsel (if any):

Adam Gordan, Stephen H. Wong

Address:  880 Front Street, Room 6293, San Diego, CA 92101-8893

Telephone number(s):  (619) 546-7665

Email(s):  glen.dorgan@usdoj.gov; stephen.wong@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                          *3*                          *New 12/01/2018*