Brian D. Huben, Cal. Bar No. 134354
hubenb@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Terence M. Grugan(*admitted pro hac vice*)
Kelly M. McGlynn (*admitted pro hac vice*)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864-8320
Facsimile: 215.864.8999
*Counsel for Plaintiff*
*National Funding, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FUNDING, INC., | Case No. 24-cv-1440-DMS (MPP) |
| Plaintiff, | **NOTICE OF APPELLANT'S INTENT NOT TO ORDER TRANSCRIPT** |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration; JANET YELLEN, in her official capacity as United States Secretary of Treasury; and THE UNITED STATES OF AMERICA, | |
| Defendants. | |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

1

TO THE HONORABLE COURT AND ALL PARTIES:

NOTICE IS HEREBY GIVEN pursuant to Ninth Circuit Rule 10-3.1(a) that Appellant does not intend to order any transcript in connection with this appeal. No transcript is being ordered because the District Court did not conduct oral argument on the parties' cross-motions for summary judgment, and thus there is no transcript for purposes of this appeal.

Appellant notified Appellees on May 7, 2026 that no transcript would be ordered, and Appellees did not respond.

DATED: May 14, 2026

**BALLARD SPAHR LLP**

*/s/ Brian D. Huben*

Brian D. Huben
Terence M. Grugan (*admitted pro hac vice*)
Kelly M. McGlynn (*admitted pro hac vice*)

*Counsel for Plaintiff*
*National Funding, Inc.*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

2
NOTICE OF APPELLANT'S INTENT NOT TO ORDER TRANSCRIPT